# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LEANNE WENNING, | : Case No. 3:16-cv-00389 |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| NANCY A. BERRYHILL, Commissioner Of The Social Security Administration, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion To Remand. (Doc. #11). The parties agree that, upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will conduct further proceedings, offer Plaintiff a supplemental hearing and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand (Doc. #11) is GRANTED;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Joint Motion; and

4. The case is terminated on the docket of this Court.

_____, 2017

_____
Walter H. Rice
United States District Judge